# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 3:16mj00267

  -vs-

Chief Magistrate Judge Sharon L. Ovington

JOSE HERNANDEZ-RUIZ,

    Defendant.

## BINDOVER ORDER

This matter was set for preliminary examination on September 23, 2016. Upon the evidence adduced, the Court finds there is probable cause to believe Defendant committed the offense alleged in the Complaint and orders that he be bound over to the grand jury to answer that charge.

September 26, 2016

                                            s/ Sharon L. Ovington
                                                 Sharon L. Ovington
                                         Chief United States Magistrate Judge